**Biehunko, Kellie**

| | |
|---|---|
| **From:** | Ramirez, Mauro |
| **Sent:** | Tuesday, August 30, 2011 8:56 AM |
| **To:** | Biehunko, Kellie |
| **Subject:** | FW: Southwest Airlines Confirmation-RAMIREZ/MAURO-Confirmation: WU9VTI |

# Mauro Ramirez

333 Clay Street
Suite 4000
Houston, TX 77002

Tel: (713) 292-5606

## Fisher & Phillips LLP

www.laborlawyers.com



*This message originates from the law firm of Fisher & Phillips LLP and may contain legally privileged and confidential information intended solely for the use of the addressee. If you are not the intended recipient and have received this message in error, please notify us at postmaster@laborlawyers.com and please delete this message from your system. Any unauthorized reading, distribution, copying, or other use of this message or its attachments is strictly prohibited. All personal messages express solely the sender's views and not those of Fisher & Phillips LLP. This message may not be copied or distributed without this disclaimer.*

**From:** Southwest Airlines [mailto:SouthwestAirlines@luv.southwest.com]
**Sent:** Monday, August 29, 2011 5:09 PM
**To:** Ramirez, Mauro
**Subject:** Southwest Airlines Confirmation-RAMIREZ/MAURO-Confirmation: WU9VTI

You're all set for your trip!

My Account | View My Itinerary Online



| Check In Online | Check Flight Status | Change Flight | Special Offers | Hotel Deals | Car Deals |

## Ready for takeoff!

 Thanks for choosing Southwest for your trip! You'll find everything you need to know about your reservation below. Happy travels!

**AIR Itinerary**

### AIR Confirmation: WU9VTI

Confirmation Date: 08/29/2011



DOUBLETREE BY HILTON
EL PASO DOWNTOWN

*Book early and save.*

| Passenger(s) | Rapid Rewards # | Ticket # | Expiration | Est. Points Earned |
|---|---|---|---|---|
| RAMIREZ/MAURO | ██████████ | 5262196516159 | Aug 28, 2012 | 7020 |

Rapid Rewards points earned are only estimates. Visit your (MySouthwest, Southwest.com or Rapid Rewards) account for the most accurate totals - including A-List & A-List Preferred bonus points.

1

**EXHIBIT A**

| Date | Flight | Departure/Arrival |
|---|---|---|
| Tue Aug 30 | 1300 | Depart **HOUSTON HOBBY** (HOU) at **5:00 PM**<br>Arrive in **EL PASO TX** (ELP) at **5:50 PM**<br>Travel Time 1 hrs 50 mins |
| Wed Aug 31 | 2162 | Depart **EL PASO TX** (ELP) at **1:15 PM**<br>Arrive in DALLAS LOVE FIELD (DAL) at **3:50 PM** |
| Wed Aug 31 | 41 | Change planes in DALLAS LOVE FIELD (DAL) at **4:30 PM**<br>Arrive in **HOUSTON HOBBY** (HOU) at **5:35 PM**<br>Travel Time 3 hrs 20 mins |

**Air Cost: $ 732.60**

Fare Rule(s): Valid only on Southwest Airlines. All travel involving funds from this Confirmation Number must be completed by the expiration date. Unused travel funds may only be applied toward the purchase of future travel for the individual named on the ticket. Any changes to this itinerary may result in a fare increase.

HOU WN ELP326.51YL WN X/DAL WN HOU326.51YL 653.02 END ZPHOUELPDAL
XFHOU3ELP4.5DAL4.5 AY7.50$HOU2.50 ELP2.50 DAL2.50

## Important Check-In Reminder

Be sure to arrive at the departure gate with your boarding pass at least 10 minutes before your scheduled departure time. Otherwise, your reserved space may be cancelled and you won't be eligible for denied booking compensation.

 Go to Boarding School →    Get EarlyBird Check-In™ Details →

## Cost and Payment Summary

AIR - WU9VTI

| Base Cost | | Payment Information | |
|---|---|---|---|
| Base Fare | $ 653.02 | Payment Type: | |
| Excise Taxes | $ 48.98 | Date: Aug 29, 2011 | |
| | | Payment Amount: $732.60 | |

**Additional Taxes & Fees**
Segment Fee                         $ 11.10
Passenger Facility Charge $ 12.00
Security Fee                          $ 7.50
**Total Air Cost**                  **$ 732.60**



**EARLYBIRD CHECK-IN**™
Let us take care of Check-in for you
Just $10 One-Way
Get It Now

**Find a Hotel**
See ratings, photos and rates for over 40,000 hotels.

Book a Hotel →



**Rent Some Wheels**
Explore your destination on the perfect set of wheels.

Rent a Car →

**CLICK 'N SAVE**®

Get the best travel deals straight to your inbox.



Sign Up Now



ALL-NEW RAPID REWARDS®
NEW MEMBERS GET 250 BONUS POINTS TODAY!

**EXHIBIT A**


### Flight Status Alerts
Stay on your way with flight departure or arrival status via text message or email.

Subscribe Now →


Get exclusive travel deals straight to your desktop or iPhone.

Download DING! →

| Useful Tools | Know Before You Go | Special Travel Needs |
|---|---|---|
| Check-In Online | In the Airport | Traveling with Children |
| Early Bird Check-In | Baggage Policies | Traveling with Pets |
| View/Share Itinerary | Suggested Airport Arrival Times | Unaccompanied Minors |
| Change Air Reservation | Security Procedures | Baby on Board |
| Cancel Air Reservation | Customers of Size | Customers with Disabilities |
| Check Flight Status | In the Air | |
| Flight Status Notification | Purchasing and Refunds | |
| Book a Car | | |
| Book a Hotel | | |

### Legal Policies & Helpful Information

| | | |
|---|---|---|
| Privacy Policy | Customer Service Commitment | Contact Us |
| Notice of Incorporated Terms | FAQs | |


Book Air | Book Hotel | Book Car | Book Cruises | Book Vacation Packages | See Special Offers | Manage My Account

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message. Your privacy is important to us. Please read our Privacy Policy.

[1] All travel involving funds from this Confirmation Number must be completed by the expiration date.
[2] Security Fee is the government-imposed Septemeber 11th Security Fee.



See Southwest Airlines Co. Notice of Incorporation
See **Southwest Airlines Limit of Liability**

Southwest Airlines
P.O. Box 36647-1CR
Dallas, TX 75235

Contact Us

Copyright 2011 Southwest Airlines Co. All Rights Reserved.

3

**EXHIBIT A**