# DoubleTree Hotel
**El Paso Downtown/City Center**

600 N. El Paso • El Paso, TX 79901
Phone (915) 532-8733 • Fax (915) 532-8732
For reservations across the nation
www.doubletree.com or 1-800-222-TREE

**Name & Address**

Ramirez, Mauro
201 S. Heights Blvd
Apt. 2311
Houston, TX 77007
US

Room: 1117/NK1
Arrival Date: 8/30/2011    6:18:00PM
Departure Date: 8/31/2011    9:20:00AM  I
Adult/Child: 1/0
Room Rate: 179.00
RATE PLAN: LV2
HH#
AL:
CAR:

*Folio*

CONFIRMATION NUMBER : 82591600

8/31/2011     PAGE     1

| DATE | REFERENCE | DESCRIPTION | AMOUNT |
|---|---|---|---|
| 8/30/2011 | 421662 | *ROOM SERVICE | $25.16 |
| 8/30/2011 | 421830 | GUEST ROOM | $179.00 |
| 8/30/2011 | 421830 | STATE HOTEL TAX | $10.74 |
| 8/30/2011 | 421830 | COUNTY HOTEL TAX | $4.48 |
| 8/30/2011 | 421830 | CITY HOTEL TAX | $12.53 |
| 8/31/2011 | 422120 | VS *0206 | ($231.91) |
|  |  | * * BALANCE * * | $0.00 |

The Hilton Family

Hilton

Conrad Hotels

DoubleTree

Embassy Suites Hotels

Hampton

Hilton Garden Inn

Hilton Grand Vacations Club

Homewood Suites Hilton

USA Official Sponsor

**ACCOUNT NO.**

**CARD MEMBER NAME**
Ramirez, Mauro
ESTABLISHMENT NO. & LOCATION    ESTABLISHMENT AGREES TO TRANSMIT TO CARD HOLDER FOR PAYMENT

**CARD MEMBER'S SIGNATURE**
X

MERCHANDISE AND/OR SERVICES PURCHASED ON THIS CARD SHALL NOT BE RESOLD OR RETURNED FOR A CASH REFUND.

**DATE OF CHARGE**: 08/31/11 07:28:00
**FOLIO NO./CHECK NO.**: 104323   A
**AUTHORIZATION**: 885918
**INITIAL**:
**PURCHASES & SERVICES**:
**TAXES**:
**TIPS & MISC.**:
**TOTAL AMOUNT**: -231.91
PAYMENT DUE UPON RECEIPT

**EXHIBIT B**