**Biehunko, Kellie**

| | |
|---|---|
| **From:** | Avis.RentACar@avis.com |
| **Sent:** | Wednesday, August 31, 2011 3:23 PM |
| **To:** | Biehunko, Kellie |
| **Subject:** | UPDATED: E-Receipt for Avis Rental # 396669464 |
| **Attachments:** | E-Receipt.pdf |

# Thank you for renting with Avis

## Avis Car Rental e-Receipt

### Rental Agreement Number: 396669464

| | | | |
|---|---|---|---|
| Customer Name: | **MAURO RAMIREZ** | Car Group Rented: | COMPACT |
| Wizard Number: | | Car Group Charged: | SUBCOMPACT |
| Avis Worldwide Discount Number: | | Car Make Model: | SIL FORD FIE5 5DR |
| Customer Status: | | Plate Number: | NMLGP115 |
| Method of Payment: | **CENTRAL** | Car Number: | 56229655 |
| Credit Card #: | | Mileage Out: 4577 | Fuel Out: 8/8 |
| | | Mileage In: 4595 | Fuel In: 0/8 |
| Freq Traveler: | | Mileage Driven: 18 | |

| | | | |
|---|---|---|---|
| Pickup-Date/Time: | 30AUG11/1754 | Return Date/Time: | 31AUG11/1231 |
| Pick-up Location: | EL PASO INTERNATIONAL AIRPORT | Return Location: | EL PASO INTERNATIONAL AIRPORT |
| | 6520 CONVAIR ROAD | | 6520 CONVAIR ROAD |
| | EL PASO INTERNATIONAL AIRPORT | | EL PASO INTERNATIONAL AIRPORT |
| | EL PASO, TX 79925 US | | EL PASO, TX 79925 US |
| | 915-779-2700 | | 915-779-2700 |

| | | | | |
|---|---|---|---|---|
| Time: | 0 miles @ .00 | 0.00 | TAX 15.000% | 14.94 |
| | 19 hours @ 43.50 | 0.00 | Fuel Service | 0.00 |
| | 0 days @ 57.99 | 0.00 | PAI+ | 7.00 |
| | 0 weeks @ 405.93 | 0.00 | PEP | 2.95 |
| Minimum Charge | | 57.99 | ALI | 14.49 |
| Time & Mileage | | 57.99 | RSN | 5.99 |
| **10.00% FEE | | 11.82 | Total Charges | 144.98 |
| LDW | | 26.99 | | |
| $ 2.25 /DY VLF | | 2.25 | | |
| $ 0.56 /DY ERF | | .56 | | |
| **SUBTOTAL** | | 99.61 | **Amount Due** | 144.98 |

*COUNTER PRODUCTS
RSN 1@ 5.99/DY EA= 5.99
**CONCESSION RECOVERY FEE

1

**EXHIBIT C**

VEH LICENSE RECOUP FEE
ENERGY RECOVERY FEE

**Avis e-Receipt**

Please do not reply to this message.
If you have questions regarding this rental or if you do not wish to unsubscribe from e-Receipt, please e-mail e.receipts@avis.com.
Attached is your receipt in Portable Document Format(PDF).

Avis maintains a 100% smoke-free fleet

Avis, 6 Sylvan Way, Parsippany, NJ 07054.

© 2010 Avis Rent A Car System, LLC. Avis features GM vehicles.

The sender believes that this E-mail and any attachments were free of any virus, worm, Trojan horse, and/or malicious code when sent. This message and its attachments could have been infected during transmission. By reading the message and opening any attachments, the recipient accepts full responsibility for taking protective and remedial action about viruses and other defects. The sender's employer is not liable for any loss or damage arising in any way from this message or its attachments.

**EXHIBIT C**